```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

        JUN 1 4 2022

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00467-BNW |
| Plaintiff, | |
| -vs- | ORDER |
| Joaquin Perez-Lopez | |
| Defendant. | |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this 14th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1